USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROSENWACH TANK CO. LLC,                      :
                                             :
                        Plaintiff,           :
                                             :    17-CV-768 (VEC)
            -against-                        :
                                             :    ORDER
                                             :
FIDELITY AND DEPOSIT COMPANY OF              :
MARYLAND,                                    :
                                             :
                        Defendant.           :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on June 8, 2017 (Dkt. 26), the mediator reported to the Court that the parties have reached a settlement of this matter;

   WHEREAS on June 8, 2017, the Court entered an Order directing that this action be dismissed without costs on **July 7, 2017**, unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

   WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

   IT IS HEREBY ORDERED that this action shall be dismissed.  The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

Date:  July 10, 2017                          **VALERIE CAPRONI**
       New York, NY                           **United States District Judge**